1040

THE STATE OF WASHINGTON, *Respondent,* v. HENRY
MERLE SOUZA, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for
Spokane County, No. 23254, Donald N. Olson, J., entered
January 27, 1976. *Affirmed* by unpublished opinion per
Munson, C.J., concurred in by Green and McInturff, JJ.

THE STATE OF WASHINGTON, *Respondent,* v. CLINTON
HOWARD JOHNSON, *Appellant.*

Appeal from a judgment of the Superior Court for
Yakima County, No. 20065, Lloyd L. Wiehl, J. Pro Tem.,
entered September 3, 1976. *Affirmed* by unpublished opin-
ion per Munson, C.J., concurred in by Green and
McInturff, JJ.

AMERICAN SMELTING & REFINING CO., *Respondent,* v.
THE DEPARTMENT OF LABOR AND INDUSTRIES,
*Respondent,* BILLY L. HOPPES,
*Appellant.*

Appeal from a judgment of the Superior Court for
Lincoln County, No. 13636, Richard J. Ennis, J., entered
October 27, 1975. *Affirmed* by unpublished opinion per
McInturff, J., concurred in by Munson, C.J., and Green, J.